Law Office of Mary F. Chapman, Ltd.
Mary F. Chapman, Esq.
Nevada Bar No. 6591
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
(702)202-4223 Phone
(702)202-2003 Fax
maryf.chapman@juno.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT of NEVADA**

| | |
|---|---|
| EDDIE YAN, an individual, | |
| Plaintiff, | Case No. 2:17-cv-3061-JCM-PAL |
| vs. | |
| BAR TWO, LLC dbs FAT TUESDAY, a Nevada Company; BAR ONE, LLC dba FAT TUESDAY, a Nevada Company; BESIDE THE BAR, LLC dba a Nevada Company; HF & M, INC., a Nevada Corporation; DAVID BRIGGS ENTERPRISES, INC. dba FAT TUESDAY, a Louisiana Corporation; YAKOV JACK HEFETZ an individual; MOSHE ROSENBLUM and individual; and DOES I through 100, inclusive, | **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

The Parties hereby jointly stipulate that this case shall be dismissed with prejudice, and each Party shall bear their own attorney's fees and costs.

Dated this 8th day of August, 2018.

```
                    Respectfully submitted,
                    Law Office of Mary F. Chapman, Ltd.


                     /S/ Mary F. Chapman, Esq. #6591
                    Mary F. Chapman, Esq.
                    8440 W. Lake Mead Blvd., Ste. 203
                    Las Vegas, Nevada 89128
                    (702)202-4223
                    Attorney for Defendants
```

  /S/Nicole Lovelock, Esq.
Justin C. Jones, Esq.
Nicole Lovelock, Esq.
JONES LOVELOCK
400 S. 4th Street
Suite 500
Las Vegas, NV 89101

Attorneys for Plaintiff

IT IS SO ORDERED August 13, 2018.

_____
UNITED STATES DISTRICT JUDGE

THE LAW OFFICE OF MARY F. CHAPMAN, LTD
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
Ph. (702) 202-4223
Fax (702) 202-2003